| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>TYLER B. PON<br>Supervising Deputy Attorney General<br>AMY W. LO<br>Deputy Attorney General<br>State Bar No. 194308<br>　1515 Clay Street, 20th Floor<br>　P.O. Box 70550<br>　Oakland, CA  94612-0550<br>　Telephone: (510) 622-2252<br>　Fax: (510) 622-2121<br>　E-mail: Amy.Lo@doj.ca.gov<br>*Attorneys for Defendants* | James Y. Higa, State Bar No. 225683<br>Ronnie R. Gipson, Jr.,<br>　State Bar No. 237673<br>HIGA & GIPSON, LLP<br>71 Stevenson Street, 4th Floor<br>San Francisco, CA  94105<br>Telephone: (415) 655-6820<br>Fax: (415) 655-6821<br>higa@higagipsonllp.com<br>*Attorneys for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEAN KENSINGER,**<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CALIFORNIA HIGHWAY PATROL, et al.,**<br><br>　　　　　　　　　　　　　　　Defendants. | Case No. CV 11-00885 WHA<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEADLINE FOR COURT-ORDERED MEDIATION**<br><br>Judge:　Honorable William H. Alsup<br>Action Filed: February 24, 2011 |

　　　WHEREAS on June 23, 2011, this Court ordered this case to Alternative Dispute Resolution ("ADR") Mediation;

　　　AND WHEREAS, the Clerk of the Court issued a Notice of Appointment of Mediator on August 2, 2011;

　　　AND WHEREAS ADR Local Rules, rule 6-4(b) states, "Unless otherwise ordered, the mediation must be held within 90 days after the entry of the order referring the case to mediation," namely, September 21, 2011;

　　　AND WHEREAS the counsel for defendants is currently in a state court trial that started on August 1, 2011, and is scheduled to conclude on September 30, 2011, and is therefore unavailable to participate in mediation at this time;

AND WHEREAS the underlying criminal action against plaintiff in Humboldt Superior Court is scheduled to be retried at the end of August 2011;

WHEREFOR the parties respectfully request that the court order that the deadline to complete mediation be extended to December 16, 2011.

Dated: August 10, 2011

OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

By: /s/ Amy W. Lo
Amy W. Lo, Deputy Attorney General
*Attorney for Defendants*

Dated: Aug. 11, 2011

HIGA & GIPSON, LLP

By: [signature]
James Y. Higa, Esq.
*Attorney for Plaintiff*

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the deadline to complete ADR mediation in this case is extended to December 16, 2011.

IT IS SO ORDERED.

Dated: August 11, 2011.

_____
Honorable William Alsup
UNITED STATES DISTRICT COURT JUDGE

APPROVED
Judge William Alsup