# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

SEAN KENSINGER,
    Plaintiff,

    v.

CALIFORNIA HIGHWAY PATROL, et al.,
    Defendants.

No. C 11-0885 WHA

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     December 13, 2011
Mediator:  Peter Rukin

    IT IS HEREBY ORDERED that the requests to excuse defendants Paul Craft and Jeffrey Goodwin and defendants' client representative, Sue Cotter, from appearing in person at the December 13, 2011 mediation before Peter Rukin are GRANTED. Mr. Craft, Mr. Goodwin and Ms. Cotter shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

December 2, 2011      By: *[signature]*
Dated
                             Elizabeth D. Laporte
                        United States Magistrate Judge