UNITED STATES DISTRICT COURT For the Northern District of California

1
2
3
4
5
6
7 UNITED STATES  DISTRICT COURT
8 Northern District of California
9 San Francisco Division
10
11 SEAN KENSINGER,
          Plaintiff,                                  No. C 11-0885 WHA
12
     v.                                        **ORDER RE: ATTENDANCE AT**
   CALIFORNIA HIGHWAY PATROL, et al.,          **MEDIATION**
13        Defendants.
14 _____/     Date:          December 13, 2011
                                               Mediator:      Peter Rukin
15
16
17         IT IS HEREBY ORDERED that the requests to excuse defendants Paul Craft and Jeffrey

18 Goodwin and defendants' client representative, Sue Cotter, from appearing in person at the

19 December 13, 2011 mediation before Peter Rukin are GRANTED.  Mr. Craft, Mr. Goodwin and Ms.

20 Cotter shall be available at all times to participate telephonically in the mediation as set forth in

   ADR L.R. 6-10(f).
21
           IT IS SO ORDERED.
22
23
24 _____        By:   _Elizabeth D. Laporte_____
   December 2, 2011
25 Dated                                          Elizabeth D. Laporte
                                             United States Magistrate Judge
26
27
28