**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN KENSINGER,

    Plaintiff,

  v.

CALIFORNIA HIGHWAY PATROL, PAUL CRAFT, individually and in his capacity as an officer for the California Highway Patrol, J. GOODWIN, individually and in his capacity as an officer for the California Highway Patrol, and DOES1–20, inclusive,

    Defendants.

No. C 11-00885 WHA

**ORDER MOVING FINAL PRETRIAL CONFERENCE**

The final pretrial conference is hereby **MOVED** to **11:00 A.M. ON MONDAY, JUNE 18, 2012**.

**IT IS SO ORDERED.**

Dated: June 12, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE