1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   SEAN KENSINGER,

11            Plaintiff,                              No. C 11-00885 WHA

12     v.

13   PAUL CRAFT, individually and in his capacity          **FINAL PRETRIAL ORDER**
     as an officer for the California Highway Patrol,
14
15            Defendant.
                                                      /
16

17        **FOR GOOD CAUSE** and after a final pretrial conference, the Court issues the following

18   final pretrial order:

19        1.    This case shall go to a **JURY TRIAL** on **MONDAY, JUNE 25, 2012**, at **7:30 A.M.**, and

20   shall continue until completed on the schedule discussed at the conference.  The issues to be

21   tried shall be those set forth in the joint proposed pretrial order except to the extent modified by

22   order *in limine*.  This final pretrial order supersedes all the complaint, answer and any

23   counterclaims, cross-claims or third-party complaints, *i.e.*, only the issues expressly identified

24   for trial remain in the case.

25        2.    Rulings on the motions in limine shall be set forth in a separate order.

26        3.    Except for good cause, each party is limited to the witnesses and exhibits

27   disclosed in the joint proposed final pretrial order less any excluded or limited by an order

28   *in limine*.  Materials or witnesses used solely for impeachment need not be disclosed and may be

     used, subject to the rules of evidence.

United States District Court
For the Northern District of California

1        4.      The stipulations of facts set forth in the joint proposed final pretrial order are

2   approved and binding on all parties.

3        5.      A jury of **EIGHT PERSONS** shall be used.

4        6.      Each side shall have **FIVE HOURS** to examine witnesses (counting direct

5   examination, cross-examination, re-direct examination, re-cross examination, etc.).

6   Opening statements and closing arguments shall not count against the limit.  If, despite being

7   efficient, non-duplicative, and non-argumentative in the use of the allotted time, one side runs

8   out of time and it would be a miscarriage of  justice to hold that side to the limit, then more time

9   will be allotted.

10       7.      The parties shall follow the Court's current *Guidelines for Trial and*

11  *Final Pretrial Conference*, separately provided and available on the Internet at

12  http://www.cand.uscourts.gov, which guidelines are incorporated as part of this order.

13

14       **IT IS SO ORDERED.**

15

16  Dated:  June 15, 2012.                                        _____

17                                                              WILLIAM ALSUP
                                                                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California