IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN KENSINGER,

    Plaintiff,

v.

OFFICER PAUL CRAFT,

    Defendant.

No. C 11-00885 WHA

**ORDER TO JURY COMMISSIONER**

IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

Dated: June 25, 2012

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE