United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN KENSINGER,

Plaintiff,

v.

PAUL CRAFT, JEFFREY GOODWIN, and CALIFORNIA HIGHWAY PATROL,

Defendants.
_______________________________________/

No. C 11-00885 WHA

**JUDGMENT**

Based on the voluntary dismissal, order on summary judgment, and jury verdict, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Paul Craft, Jeffrey Goodwin, and California Highway Patrol, and against plaintiff Sean Kensinger. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE